UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LARAMIE GOMES,<br><br>              Plaintiff,<br><br>   v.<br><br>YAKIMA POLICE DEPARTMENT,<br><br>              Defendant. | CASE NO. 2:23-cv-00505-TL<br><br>**ORDER OF DIMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, and the remaining record, and having received no objections, the Court ORDERS as follows:

    (1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 5).

    (2)    The case is DISMISSED with prejudice.

    (3)    The Clerk is directed to send copy of this Order to Plaintiff.

Dated this 21st day of April 2023.

*[signature]*

Tana Lin
United States District Judge

ORDER OF DIMISSAL - 1